| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JOSEPH TARTAKOVKSYS (CABN 282223)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7320 |
| 7 | FAX: (415) 436-7234<br>Joseph.tartakovsky@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLICATION BY THE UNITED STATES FOR A SEALING ORDER FOR A COMPLAINT | NO.: **CR 23-70347-MAG**<br><br>MOTION TO SEAL COMPLAINT<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney Joseph Tartakovsky, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the application for a complaint, the complaint, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the defendant's arrest.

Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with agents of Homeland Security Investigations.

Furthermore, the United States requests that the Complaint be unsealed upon the defendant's arrest.

MOTION FOR SEALING ORDER          1          v. 2/22/2020

1  DATED:  March 27, 2023                    Respectfully submitted,

2                                             ISMAIL J. RAMSEY
                                              United States Attorney
3

4
                                                       /s
5                                             Joseph Tartakovsky
                                              Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28