|   |   |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 |   |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JOSEPH TARTAKOVKSYS (CABN 282223)<br>Assistant United States Attorney |
| 5 |   |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7320 |
| 7 | FAX: (415) 436-7234<br>Joseph.tartakovsky@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLICATION BY THE UNITED STATES FOR A SEALING ORDER FOR A COMPLAINT | ) ) ) ) ) ) ) ) ) | NO.: **CR 23-70347-MAG**<br><br>[~~PROPOSED~~] ORDER SEALING COMPLAINT<br><br>**UNDER SEAL** |
|---|---|---|

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the application for a complaint, the complaint, and all attachments in the above-referenced case, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with agents of Homeland Security Investigations.

Furthermore, IT IS HEREBY ORDERED that the Complaint is unsealed upon the defendant's arrest.

//

//

[~~PROPOSED~~] SEALING ORDER                           1                           v. 2/22/2020

1 | IT IS SO ORDERED.

2 | DATED:   March 27, 2023

3 | *Virginia K. DeMarchi*
HON. VIRGINIA DEMARCHI
4 | United States Magistrate Judge