1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVKSYS (CABN 282223)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7320
7       FAX: (415) 436-7234
        Joseph.tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13 | APPLICATION BY THE UNITED STATES ) NO.: CR 23-70347-MAG
   | FOR AN UNSEALING ORDER FOR A     )
14 | COMPLAINT                        ) MOTION AND [PROPOSED] ORDER TO
   |                                  ) UNSEAL COMPLAINT
15 |                                  )
   |                                  ) **UNDER SEAL**
16 |                                  )
                                      )
17

18      The United States, by and through its counsel, Assistant United States Attorney Joseph

19 Tartakovsky, moves this Court to unseal the Complaint filed yesterday under seal under case number CR

20 23-70347-MAG.  The Complaint was to be unsealed upon the defendant's arrest but the defendant has

21 since retained counsel, who has contacted the undersigned.  The government therefore moves to unseal

22 the Complaint in order to provide a copy of the document to the defense.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

DATED: March 28, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s
Joseph Tartakovsky
Assistant United States Attorney

SO ORDERED.

DATED: March 28, 2023

*Virginia K. DeMarchi*
HON. VIRGINIA DEMARCHI
United States Magistrate Judge