```
1    PATRICK R. DELAHUNTY (SBN 257439)
     pdelahunty@delawllp.com
2    WILLIAM J. EDELMAN (SBN 285177)
     wedelman@delawllp.com
3    DELAHUNTY & EDELMAN LLP
     4 Embarcadero Center, Suite 1400
4    San Francisco, CA 94111
     Telephone:    415-891-6210
5    Facsimile:    415-891-6256

6    Attorneys for Defendant
     Joanne Segovia
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 5:23-MJ-70347-MAG |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| JOANNE MARIAN SEGOVIA, | |
| Defendant. | |

Defendant, Joanne M. Segovia ("Segovia"), through her counsel William J. Edelman, and the government, through Assistant U.S. Attorney Joseph Tartakovsky, stipulate and agree that the Court should modify the conditions of Mrs. Segovia's release to eliminate the condition that Mrs. Segovia must maintain or seek employment or an educational program (the "employment condition").

On March 31, 2023, Mrs. Segovia made an initial appearance in this case and the Court released her on conditions, including the employment condition. Mrs. Segovia is 64-years old and had been working at the same employer for approximately 20 years at the time of her initial appearance. Mrs. Segovia's case has been subject to extensive press coverage, including

numerous media inquiries to her employer and press releases by her employer.  Shortly after she made her initial appearance, her employment ended.  Mrs. Segovia was nearing retirement at the time of her initial appearance.  Mrs. Segovia's supervising Pretrial Services officer, Edgar Juarez, has no objection to this request to modify Mrs. Segovia's pretrial release conditions to eliminate the employment condition.  The parties agree that all other conditions of Mrs. Segovia's pretrial release shall remain in effect.

**IT IS SO STIPULATED.**

DATED: April 10, 2023                                    By:    /s/ William J. Edelman
                                                                              WILLIAM J. EDELMAN
                                                                              *Attorney for Defendant Joanne Segovia*

DATED: April 10, 2023                                    By:    /s/ Joseph Tartakovsky
                                                                              JOSEPH TARTAKOVSKY
                                                                              *Assistant U.S. Attorney*

### FILER'S ATTESTATION

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatories to this document.

By:    /s/ William J. Edelman
         WILLIAM J. EDELMAN

### ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. The condition that Mrs. Segovia "must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence

an educational program subject to approval by Pretrial Services" shall be eliminated.

2. All other conditions of pretrial release shall remain the same.

DATED: April 10, 2023                              By: _____
                                                   United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

STIP. TO MODIFY PRETRIAL RELEASE – Page 3
Case No. 23-MJ-70347-MAG