ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:23-MJ-70347-MAG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND EXTEND TIME |
| v. | UNDER RULE 5.1 FROM APRIL 28, 2023 TO MAY 29, 2023 AND [PROPOSED] ORDER |
| JOANNE MARIAN SEGOVIA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JOANNE MARIAN SEGOVIA, that time be excluded under the Speedy Trial Act, and extended under Federal Rule of Criminal Procedure 5.1, from April 28, 2023 through May 29, 2023.

At the initial appearance conference held on March 31, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until May 29, 2023 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 28, 2023 through May 29, 2023 from computation under the Speedy Trial Act

STIPULATION TO EXCLUDE AND EXTEND TIME AND [PROPOSED] ORDER
Case No. 5:23-mj-70347-MAG

1   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

2   (B)(iv).

3         The parties further stipulate that, with the consent of the defendant, there is good cause for

4   extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See*

5   Fed. R. Crim. P. 5.1(d).

6         The undersigned Assistant United States Attorney certifies that he has obtained approval from

7   counsel for the defendant to file this stipulation and proposed order.

8

9         IT IS SO STIPULATED.

10   DATED:  April 25, 2023                               _____/s/_____

                                                JOSEPH TARTAKOVSKY

11                                             Assistant United States Attorney

12

  DATED: April 25, 2023                               _____/s/_____

13                                               WILL EDELMAN

                                            Counsel for Defendant JOANNE MARIAN

14                                               SEGOVIA

15

16                               [PROPOSED] ORDER

17         Based upon the facts set forth in the stipulation of the parties and the representations made to the

18   Court on March 31, 2023 and for good cause shown, the Court finds that failing to exclude the time

19   from April 28, 2023 through May 29, 2023 would unreasonably deny defense counsel and the defendant

20   the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

21   18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

22   time from April 28, 2023 to May 29, 2023 from computation under the Speedy Trial Act outweigh the

23   best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the

24   parties, IT IS HEREBY ORDERED that the time from April 28, 2023 through May 29, 2023 shall be

25   excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

26         Furthermore, the Court finds that, with the consent of the defendant, there is good cause for

27   extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See*

28   Fed. R. Crim. P. 5.1(d).

1

2       IT IS SO ORDERED.

3

4    DATED: _____

5                                                        _____
                                                         HON. NATHANAEL COUSINS
                                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28