```
PATRICK R. DELAHUNTY (SBN 257439)
pdelahunty@delawllp.com
WILLIAM J. EDELMAN (SBN 285177)
wedelman@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    415-891-6210
Facsimile:    415-891-6256
```

*Attorneys for Defendant*
*Joanne Segovia*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE MARIAN SEGOVIA,<br><br>Defendant. | Case No: 5:23-MJ-70347-MAG<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |

Defendant, Joanne M. Segovia ("Segovia"), through her counsel William J. Edelman, and the government, through Assistant U.S. Attorney Joseph Tartakovsky, stipulate and agree that the Court should modify the conditions of Mrs. Segovia's pretrial release to permit her to travel to Reno, NV between June 23, 2023 and June 25, 2023, provided that she give her itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter. The purpose of Mrs. Segovia's requested travel is to attend a family function (specifically, a reunion and baby shower). Pretrial Services has advised counsel that they do not object to this request.

**IT IS SO STIPULATED.**

DATED: June 13, 2023						By:   /s/ William J. Edelman
								WILLIAM J. EDELMAN
								*Attorney for Defendant Joanne Segovia*

DATED: June 13, 2023						By:   /s/ Joseph Tartakovsky
								JOSEPH TARTAKOVSKY
								*Assistant U.S. Attorney*

## FILER'S ATTESTATION

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatories to this document.

								By:   /s/ William J. Edelman
								WILLIAM J. EDELMAN

## [PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Mrs. Segovia is permitted to travel to Reno, NV, between June 23 and June 25, 2023, provided that she give her itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.
2. All other conditions of pretrial release shall remain the same.

DATED: June __, 2023						By:   _____
								United States Magistrate Judge