| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JOSEPH TARTAKOVSKY (CABN 282223)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7320<br>Fax: (415) 436-7234<br>Joseph.tartakovsky@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 5:23-MJ-70347-MAG |
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND EXTEND TIME |
| v. | ) ) | UNDER RULE 5.1 FROM JULY 27, 2023 TO AUGUST 28, 2023 AND ORDER |
| JOANNE MARIAN SEGOVIA, | ) ) | |
| Defendant. | ) ) | |

The parties hereby stipulate that the preliminary hearing currently set for July 27, 2023 be continued to August 28, 2023.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JOANNE MARIAN SEGOVIA, that time be excluded under the Speedy Trial Act, and extended under Federal Rule of Criminal Procedure 5.1, from July 27, 2023 through August 28, 2023.

At the initial appearance conference held on March 31, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulated and agreed that excluding time until May 29, 2023 would allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that for similar reasons involving ongoing

STIPULATION TO EXCLUDE AND EXTEND TIME AND ORDER
Case No. 5:23-mj-70347-MAG                                              v. 7/10/2018

production and review of discovery, excluding time until August 28, 2023 will allow for the effective preparation of counsel. The parties further stipulate and agree that the ends of justice served by excluding the time through August 28, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 25, 2023

/s/
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DATED: July 25, 2023

/s/
WILL EDELMAN
Counsel for Defendant JOANNE MARIAN SEGOVIA

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 31, 2023 and for good cause shown, the Court finds that failing to exclude the time from July 27, 2023 through August 28, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 27, 2023 through August 28, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 27, 2023 through August 28, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION TO EXCLUDE AND EXTEND TIME AND ORDER
Case No. 5:23-mj-70347-MAG                                                                                  v. 7/10/2018

Furthermore, the Court finds that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1(d).

IT IS SO ORDERED.

DATED: July 25, 2023



_____
HON. NA
United Sta