ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    Fax: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:23-MJ-70347-MAG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND EXTEND TIME |
| v. | UNDER RULE 5.1 FROM AUGUST 28, 2023 THROUGH SEPTEMBER 28, 2023 AND |
| JOANNE MARIAN SEGOVIA, | [~~PROPOSED~~] ORDER |
| Defendant. | |

    The parties hereby stipulate that the preliminary hearing currently set for August 28, 2023 be continued to September 28, 2023.

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant JOANNE MARIAN SEGOVIA, that time be excluded under the Speedy Trial Act, and extended under Federal Rule of Criminal Procedure 5.1, from August 28, 2023 through September 28, 2023.

    At the initial appearance conference held on March 31, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.  For this reason and as further stated on the record at the status conference, the parties stipulated and agreed that excluding time until May 29, 2023 would allow for the effective preparation of counsel.  *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv).  The parties stipulate and agree that for similar reasons involving ongoing

production and review of discovery, excluding time until September 28, 2023 will allow for the effective

preparation of counsel.  The parties further stipulate and agree that the ends of justice served by

excluding the time through September 28, 2023 from computation under the Speedy Trial Act outweigh

the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate that, with the consent of the defendant, there is good cause for

extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  *See*

Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from

counsel for the defendant to file this stipulation and proposed order.


IT IS SO STIPULATED.

DATED:  August 23, 2023

      /s/
JOSEPH TARTAKOVSKY
Assistant United States Attorney


DATED: August 23, 2023

      /s/
WILL EDELMAN
Counsel for Defendant JOANNE MARIAN
SEGOVIA

[~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the

Court on March 31, 2023 and for good cause shown, the Court finds that failing to exclude the time

from August 28, 2023 through September 28, 2023 would unreasonably deny defense counsel and the

defendant the reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

excluding the time from August 28, 2023 through September 28, 2023 from computation under the

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 28, 2023

through September 28, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

§ 3161(h)(7)(A), (B)(iv).

Furthermore, the Court finds that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1(d).


IT IS SO ORDERED.


DATED:   __August 24, 2023__      _____

HON. SUSAN VAN KEULEN

United States Magistrate Judge