1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7320
7    Fax: (415) 436-7234
     Joseph.tartakovsky@usdoj.gov

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,         )  NO. 5:23-MJ-70347-MAG
                                      )
13         Plaintiff,                 )  STIPULATION TO EXCLUDE TIME UNDER THE
                                      )  SPEEDY TRIAL ACT AND EXTEND TIME
14      v.                            )  UNDER RULE 5.1 FROM JANUARY 8, 2023
                                      )  THROUGH MARCH 4, 2024 AND [PROPOSED]
15  JOANNE MARIAN SEGOVIA,            )  ORDER
                                      )
16         Defendant.                 )
                                      )
17

18

19      The parties hereby stipulate that the preliminary hearing currently set for January 8, 2024 be

20  continued to March 4, 2024.

21      It is hereby stipulated by and between counsel for the United States and counsel for the defendant

22  JOANNE MARIAN SEGOVIA, that time be excluded under the Speedy Trial Act, and extended under

23  Federal Rule of Criminal Procedure 5.1, from January 8, 2024 through March 4, 2024.

24      At the initial appearance conference held on March 31, 2023, the government and counsel for the

25  defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could

26  continue to prepare, including by reviewing the discovery already produced.  For this reason and as

27  further stated on the record at the status conference and in subsequent stipulations, the parties stipulated

28  and agreed that excluding time until January 8, 2024 would allow for the effective preparation of

STIPULATION TO EXCLUDE AND EXTEND TIME AND [PROPOSED] ORDER
Case No. 5:23-mj-70347-MAG                                                           v. 7/10/2018

1  counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that for similar reasons
2  involving ongoing production and review of discovery, excluding time until March 4, 2024 will allow
3  for the effective preparation of counsel.  The parties further stipulate and agree that the ends of justice
4  served by excluding the time through March 4, 2024 from computation under the Speedy Trial Act
5  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
6  (B)(iv).

7       The parties further stipulate that, with the consent of the defendant, there is good cause for
8  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  *See*
9  Fed. R. Crim. P. 5.1(d).

10      The undersigned Assistant United States Attorney certifies that he has obtained approval from
11 counsel for the defendant to file this stipulation and proposed order.

12      IT IS SO STIPULATED.

14 DATED:  January 3, 2024                                     /s/
                                                           JOSEPH TARTAKOVSKY
15                                                         Assistant United States Attorney

17 DATED:  January 3, 2024                                     /s/
                                                           WILL EDELMAN
18                                                         Counsel for Defendant JOANNE MARIAN
                                                           SEGOVIA

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 31, 2023 and for good cause shown, the Court finds that failing to exclude the time from January 8, 2024 through March 4, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 8, 2024 through March 4, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 8, 2024 through

March 4, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    Furthermore, the Court finds that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1(d).

    The preliminary hearing currently set for January 8, 2024 is continued to March 4, 2024.

    IT IS SO ORDERED.

DATED: _____

_____
HON. VIRGINIA DEMARCHI
United States Magistrate Judge