|   |   |
|---|---|
| 1 | PATRICK R. DELAHUNTY (SBN 257439) |
|   | pdelahunty@delawllp.com |
| 2 | WILLIAM J. EDELMAN (SBN 285177) |
|   | wedelman@delawllp.com |
| 3 | DELAHUNTY & EDELMAN LLP |
|   | 4 Embarcadero Center, Suite 1400 |
| 4 | San Francisco, CA 94111 |
|   | Telephone:    415-891-6210 |
| 5 | Facsimile:     415-891-6256 |
| 6 | Attorneys for Defendant |
|   | JOANNE MARIAN SEGOVIA |
| 7 |   |
|   | [additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 5:23-MJ-70347-MAG |
|---|---|
| Plaintiff, | ) |
|   | ) STIPULATION TO EXCLUDE TIME UNDER THE |
|   | ) SPEEDY TRIAL ACT AND EXTEND TIME |
| v. | ) UNDER RULE 5.1 FROM APRIL 1, 2024 |
|   | ) THROUGH APRIL 29, 2024 AND [PROPOSED] |
| JOANNE MARIAN SEGOVIA, | ) ORDER |
|   | ) |
| Defendant. | ) |
|   | ) |

The parties hereby stipulate that the preliminary hearing currently set for April 1, 2024 be continued to April 29, 2024.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JOANNE MARIAN SEGOVIA, that time be excluded under the Speedy Trial Act, and extended under Federal Rule of Criminal Procedure 5.1, from April 1, 2024 through April 29, 2024.

At the initial appearance conference held on March 31, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference and in subsequent stipulations, the parties stipulated and agreed that excluding time until April 1, 2024 would allow for the effective preparation of counsel.

*See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that for similar reasons involving ongoing production and review of discovery, excluding time until April 29, 2024 will allow for the effective preparation of counsel.  The parties further stipulate and agree that the ends of justice served by excluding the time through April 29, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  *See* Fed. R. Crim. P. 5.1(d).

      The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

      IT IS SO STIPULATED.

DATED:  March 29, 2024　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JOSEPH TARTAKOVSKY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED:  March 29, 2024　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. EDELMAN
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant JOANNE MARIAN
　　　　　　　　　　　　　　　　　　　　　　SEGOVIA

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 31, 2023 and for good cause shown, the Court finds that failing to exclude the time from April 1, 2024 through April 29, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 1, 2024 through April 29, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 1, 2024 through April 29, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

1    Furthermore, the Court finds that, with the consent of the defendant, there is good cause for
2  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See*
3  Fed. R. Crim. P. 5.1(d).
4    The preliminary hearing currently set for April 1, 2024 is continued to April 29, 2024.

6    IT IS SO ORDERED.

8  DATED: _____
   
   _____
   HON. SUSAN VAN KEULEN
9  United States Magistrate Judge

STIPULATION TO EXCLUDE AND EXTEND TIME AND [PROPOSED] ORDER
Case No. 5:23-mj-70347-MAG                                         v. 7/10/2018