# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE MARIAN SEGOVIA,<br><br>Defendant. | Case No. 23-cr-70347 (MAG)<br><br>**ORDER CLARIFYING DENIAL OF STIPULATION TO EXTEND TIME** |

    This morning I denied a late-filed stipulation to continue the preliminary hearing and status conference that were scheduled in this case for today's duty calendar. I reset the hearing for May 31 at 1:00 p.m. Dkt. No. 47. After the order issued, defense counsel Will Edelman sent an email to my deputy (copying the prosecutors) asking for clarification of the order. It should not need saying that requests for clarifications of court orders should not be made by email. This is a public court and motions belong on the public record. The email concludes by asking: "Can the Court clarify whether another stipulation and proposed order seeking to move the date about a month would be acceptable?" The answer is provided here. Requests to extend time for preliminary hearing under Fed. R. Crim. P. 5.1(d), where the defendant has consented to the extension, require a showing of good cause "taking into account the public interest in the prompt disposition of criminal cases." In this

1 | case, the parties have filed, and the Court has approved, 14 stipulations extending time since
2 | the defendant made her initial appearance on March 31, 2023. The parties must appear on
3 | May 31 prepared to discuss the public's interest in the "prompt disposition of criminal
4 | cases," specifically, this one. In the alternative, the parties might pursue any of the options
5 | listed in Fed. R. Crim. P. 5.1(a), or the prosecution may dismiss the case.

IT IS SO ORDERED.

Date: May 28, 2024

_____
Nathanael M. Cousins
United States Magistrate Judge